JS-6

# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LICEA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CARDFACT XVI, INC., a Florida Profit corporation; CALIFORNIA PIZZA KITCHEN, INC. and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:20-cv-00724-JGB (KKx)<br><br>**ORDER GRANTING REMAND OF ACTION TO STATE COURT** |

Pursuant to the parties' stipulation, and for good cause shown, in the absence of federal question jurisdiction, the Court does not have subject matter jurisdiction over this case.

IT IS HEREBY ORDERED that the Court REMANDS the action to San Bernardino County Superior Court (case number CIVDS2003408).

IT IS SO ORDERED.

Dated: April 29, 2020

Hon. Jesus G. Bernal
United States District Judge